**Clarence FARMER, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 18791.**

United States Court of Appeals
District of Columbia Circuit.

Argued Nov. 24, 1964.

Decided Dec. 31, 1964.

Mr. Alexander M. Heron (appointed by
this court), Washington, D. C., for appellant.

Mr. Henry H. Jones, Asst. U. S. Atty.,
with whom Messrs. David C. Acheson,

U. S. Atty., Frank Q. Nebeker and William C. Weitzel, Jr., Asst. U. S. Attys.,
were on the brief, for appellee.

Before PRETTYMAN, Senior Circuit
Judge, and FAHY and BURGER, Circuit
Judges.

PER CURIAM.

 Appellant was convicted of
housebreaking and petit larceny. His
counsel, appointed by this court, urges
two grounds for reversal, (1) that two
oral confessions made by appellant were
involuntary,[1] and (2) the confessions
were not corroborated. Upon consideration of the testimony as to the circumstances in which the confessions were
made, and the evidence bearing on the
issue of corroboration, we can accept
neither ground as a basis for reversal.

Affirmed.

1. One of the confessions was made to an
officer in a telephone conversation prior
to arrest. The other was made to the
same officer at about the time of arrest of appellant at the apartment of a
friend. Mallory v. United States, 354
U.S. 449, 77 S.Ct. 1356, 1 L.Ed.2d 1479
(1957), accordingly has no application